# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| MELISSA BREWER | § | |
| | § | |
| V. | § | CASE NO. 4:14-CV-705 |
| | § | (Judge Mazzant/Judge Nowak) |
| COMPASS BANK, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 6, 2015, the report of the Magistrate Judge was entered (Dkt. #67) containing proposed findings of fact and recommendations that this case be remanded.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that this case is **REMANDED** to the 219th District Court of Collin County, Texas.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED.**
SIGNED this 1st day of December, 2015.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE